**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CLEO ANDERSON;                                                                                           PLAINTIFFS
and DOTTY ANDERSON

v.                                              No. 2:13CV00087 JLH

SHELTER MUTUAL
INSURANCE COMPANY; and
US BANK NATIONAL ASSOCIATION                                                    DEFENDANTS

**ORDER**

The plaintiffs have filed a motion for an extension of the discovery deadline and have attached to the motion several letters in which the parties have unsuccessfully attempted to schedule the depositions of certain witnesses. The defendant has responded to the motion, stating that it has no objection to an extension of the discovery deadline for the purpose of taking the depositions of persons whose depositions have previously been requested. The defendant objects, however, to extending the discovery deadline for the purpose of taking depositions that have not previously been requested. The motion for extension is GRANTED IN PART. Document #76. The depositions of persons whose depositions were previously requested may be conducted at the convenience of the parties and witnesses any time up to and including February 6, 2015. Otherwise, the motion for an extension of the discovery deadline is denied.

IT IS SO ORDERED this 29th day of December, 2014.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE