**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CLEO ANDERSON;                                                                       PLAINTIFFS
and DOTTY ANDERSON

v.                                          No. 2:13CV00087 JLH

SHELTER MUTUAL
INSURANCE COMPANY; and
US BANK NATIONAL ASSOCIATION                                    DEFENDANTS

## ORDER

The Court has been notified that the parties have stipulated that the motion deadline for

depositions allowed pursuant to a recent Order of the Court will be February 13, 2015.

IT IS SO ORDERED this 20th day of January, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE