**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

CLEO ANDERSON; and                                                PLAINTIFFS
DOTTY ANDERSON

v.                                  NO. 2:13CV00087 JLH

SHELTER MUTUAL INSURANCE COMPANY;
and U.S. BANK NATIONAL ASSOCIATION                    DEFENDANTS

### AMENDED ORDER

The Amended Final Scheduling Order set this matter for jury trial sometime during the week of March 16, 2015, in Helena, Arkansas. The Court has determined that the jury trial will begin at **10:30 A.M., on MONDAY, MARCH 16, 2015**, in Courtroom #314, in Helena, Arkansas. Counsel should be present by 10:00 A.M., to take up pretrial matters.

IT IS SO ORDERED this 12th day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE