#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### EASTERN DIVISION

CLEO ANDERSON;            PLAINTIFFS
and DOTTY ANDERSON

v.           No. 2:13CV00087 JLH

SHELTER MUTUAL INSURANCE COMPANY;
and US BANK NATIONAL ASSOCIATION          DEFENDANTS

### JUDGMENT

On the 16th day of March, 2015, this action came before the Court for trial by jury. Cleo Anderson and Dotty Anderson appeared in person and with their lawyers, David A. Hodges and Louis A. Etoch. Shelter Mutual Insurance Company appeared through its corporate representative, Sonya Foust, and its lawyers, John E. Moore and William Cody Kees. The plaintiffs and the defendant announced that they were ready for trial, and a jury of twelve was duly selected and sworn. After all of the evidence had been received, the parties stipulated that the cost of repairing the structure was $56,221.93. Thereafter, the jury was instructed on the law and returned verdicts finding in favor of the plaintiffs on all issues and finding that the amount of damages to personal property was $12,690.00.

Judgment is therefore entered in favor of Cleo Anderson and Dotty Anderson in the amount of $68,911.93 plus $8,269.43 (which represents 12% damages upon the amount of the loss pursuant to Ark. Code Ann. § 23-79-208) plus post-judgment interest to accrue at the rate of 0.25% per annum from the date of the entry of this Judgment until the date the Judgment is satisfied.

IT IS SO ORDERED this 19th day of March, 2015.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE