**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| CLEO ANDERSON; and DOTTY ANDERSON | PLAINTIFFS |
| v.                    No. 2:13CV00087 JLH | |
| SHELTER MUTUAL INSURANCE COMPANY; and US BANK NATIONAL ASSOCIATION | DEFENDANTS |

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Cleo and Dotty Anderson against Shelter Mutual Insurance Company for attorneys' fees in the amount of $50,000.00 and costs in the amount of $4,571.65, for a total judgment of $54,571.65, with post-judgment interest to accrue at the rate of 0.25% per annum, for all of which judgment and execution may issue.

IT IS SO ORDERED this 5th day of May, 2015.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE